UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA SCOTT, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF DECEDENT JARRED SCOTT AND ROLAND SCOTT, III, INDIVIDUALLY, AND AS THE REPRESENTATIVE OF THE ESTATE OF JARRED SCOTT | § | CIVIL ACTION NO. 22:3181 NJB-MBN |
| VERSUS | § | SECTION "G" <br> JUDGE NANNETTE JOLIVETTE BROWN |
| CRESCENT MARINE TOWING, INC., XYZ INSURANCE COMPANY, AND CARGILL, INC. | § | DIVISION (5) <br> MAG. JUDGE MICHAEL B. NORTH |

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come Joshua Scott, individually and as personal representative of the decedent Jarred Scott and Roland Scott, III, individually and as the representative of the Estate of Jarred Scott, plaintiffs herein, and pursuant to 28 U.S.C. §1447 move this Honorable Court for an order remanding this case to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana as the diversity requirements of 28 U.S.C. §1332 are not met and for the reasons set forth in greater detail in the memorandum in support of plaintiff's motion.

Plaintiffs pray that this Honorable Court grants this motion and remands this case to state court.

*[Signature Block on the Following Page]*

Respectfully submitted,

STRAUSS & KING, APLC


  **s/ Rhett E. King**
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
504-523-0109 (facsimile)
rhettking@straussandking.com

*Counsel for Plaintiffs*
*Joshua Scott, Individually and*
*as personal representative of the*
*Decedent Jarred Scott and Roland*
*Scott, III, Individually, and as the*
*representative of the Estate of*
*Jarred Scott*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 5th day of October, 2022.

***Rhett E. King**   *
Rhett E. King #23811

-2-