UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA SCOTT, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF DECEDENT JARRED SCOTT AND ROLAND SCOTT, III, INDIVIDUALLY, AND AS THE REPRESENTATIVE OF THE ESTATE OF JARRED SCOTT | § | CIVIL ACTION NO. 22:3181 NJB-MBN |
| VERSUS | § | SECTION "G"<br>CHIEF JUDGE NANNETTE JOLIVETTE BROWN |
| CRESCENT MARINE TOWING, INC., XYZ INSURANCE COMPANY, AND CARGILL, INC. | § | DIVISION (5)<br>MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs notice this motion to remand for submission on November 2, 2022 at 10:00 a.m.

Respectfully submitted,

STRAUSS & KING, APLC

*Counsel for Plaintiffs*
*Joshua Scott, Individually and*
*as personal representative of the*
*Decedent Jarred Scott and Roland*
*Scott, III, Individually, and as the*
*representative of the Estate of*
*Jarred Scott*

 *s/ Rhett E. King*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
504-523-0109 (facsimile)
rhettking@straussandking.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 5th day of October, 2022.

*Rhett E. King*
Rhett E. King #23811
